```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
             CRIMINAL DOCKET PARTY INFORMATION FOR CASE A00-0076--CR (JWS)
                        "USA V DONALD EDWARD FERGUSON"
                         DEF 1.1 FERGUSON, DONALD EDWARD

      In public format, including terminated defendants, excluding terminated counsel
```

```
  Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
 Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
           Filed: 05/17/00
          Closed: 03/14/01
No. of Defendants: 1
  MJ Case Number:
             AKA:
 Location status: Other Custody
      Trial date:
      Terminated: YES
Needs interpreter: NO
Counsel of record: Kevin F. McCoy
                   Federal Public Defender
                   550 W. 7th Avenue, Suite 1600
                   Anchorage, AK 99501
                   907-646-3400
                   FAX 907-646-3480
                   Serve: YES
                    Type: FPD
                    Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Mark A. Rosenbaum
                   4940 Byrd Lane, Suite 100
                   Anchorage, AK 99502
                   907-243-2400
                   FAX 907-243-2609
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 FERGUSON, DONALD EDWARD

Document        Count      Citation and Description                        Disposition
--------        -----      ------------------------                        -----------
  1 -   1 IND     1        21:841(a)(1) METHAMPHETAMINE MANUFACTURING (F)  Dismissed
                                                                           (31-1)

 20 -   1 INF     1        21:841(a)(1) MANUFACTURING MARIJUANA (F)        Sentenced
                                                                           (30-1)
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A00-0076--CR (JWS)
                            "USA V DONALD EDWARD FERGUSON"

                         In public format, for all filing dates
```

```
   Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
             Filed: 05/17/00
            Closed: 03/14/01
No. of Defendants: 1


Document #    Filed      Docket text
───────────   ────────   ─────────────────────────────────────────────────────
     1 -  1   05/17/00   [Re: DEF 1] PLF 1 Indictment.

  NOTE -  1   05/18/00   [Re: DEF 1] Issued WOA.

     2 -  1   05/18/00   [Re: DEF 1] AHB Grand Jury Minutes: WOA habeas as pros to follow, bail:
                         detention, in State custody at CIPT.

     3 -  1   05/23/00   [Re: DEF 1] PLF 1 Petition for Writ of H/C Ad Prosequendem.

  NOTE -  2   05/24/00   Issued: Writ of H/C ad pros.

  NOTE -  3   05/24/00   Issued: Tentative Trial Date Setting for Arr to DJ CMC.

     4 -  1   05/24/00   [Re: DEF 1] AHB Order GRANTING petition for writ of H/C ad pros.  cc:
                         USA, USM

     5 -  1   05/24/00   [Re: DEF 1] AHB Minute Order that arr is set 3:30 p.m., 5/25/00.  cc:
                         USA, USM, PO

  NOTE -  4   05/26/00   Issued: Notice of Speedy Trial Act ddlns.

     6 -  1   05/26/00   [Re: DEF 1] AHB Court Minutes [ECR: Elisa Singleton] of arr on Indt
                         (held 5/25/00); crt ordered case file be unsealed; FPD appointed; def
                         plead not guilty; def detained; det order pending trial FILED; ptms due
                         6/12/00; order re: preparation for trial FILED; cnsl advised trial date
                         7/24/00.  cc: USA, FPD, USM, PO, Judge Sedwick

     7 -  1   05/26/00   [Re: DEF 1] AHB Order regarding preparation for trial; ptms due 6/12/00.
                         cc: USA, FPD

     8 -  1   05/26/00   [Re: DEF 1] Financial Affidavit.

     9 -  1   05/26/00   [Re: DEF 1] AHB Order of Detention Pending Trial.  cc: USA, FPD, USM, PO

    10 -  1   05/26/00   [Re: DEF 1] JWS Minute Order setting trial by jury for 7/24/00 at 9:00
                         a.m. & FPTC for 7/24/00 at 8:30 a.m.. cc: USA, FPD, USM, PO, jury clerk,
                         MJ Branson

    11 -  1   06/01/00   [Re: DEF 1] PLF 1 Stipulation pursuant to discovery conference.

    12 -  1   06/12/00   DEF 1 Unopposed Motion for extension of time in which to file pretrial
                         mots until 6/16/00 w/att aff of cnsl.

    13 -  1   06/14/00   [Re: DEF 1] AHB Order grant unopposed motion for extension of time to
                         file PTM's until 6/16/00 (12-1). cc: USA, FPD

    14 -  1   07/20/00   {SEALED}

    15 -  1   07/20/00   {SEALED}
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET ENTRIES FOR CASE A00-0076--CR (JWS)
                         "USA V DONALD EDWARD FERGUSON"

                    In public format, for all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 16 - | 1 | 08/11/00 | {SEALED} |
| 17 - | 1 | 08/14/00 | {SEALED} |
| 18 - | 1 | 08/24/00 | DEF 1 Notice of Intent to change plea. |
| 19 - | 1 | 08/25/00 | {SEALED} |
| 20 - | 1 | 08/25/00 | [Re: DEF 1] PLF 1 Information (superseding). |
| 21 - | 1 | 09/06/00 | {SEALED} |
| 22 - | 1 | 09/06/00 | {SEALED} |
| 23 - | 1 | 09/07/00 | {SEALED} |
| 24 - | 1 | 10/31/00 | {SEALED} |
| 25 - | 1 | 11/03/00 | {SEALED} |
| 26 - | 1 | 12/14/00 | {SEALED} |
| 27 - | 1 | 12/18/00 | {SEALED} |
| 27 - | 2 | 12/18/00 | {SEALED} |
| 27 - | 3 | 12/19/00 | {SEALED} |
| 28 - | 1 | 03/06/01 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 29 - | 1 | 03/12/01 | {SEALED} |
| 30 - | 1 | 03/12/01 | {SEALED} |
| 31 - | 1 | 03/14/01 | [Re: DEF 1] JWS Judgment of Discharge dismissed count 1 of the Indictment (1-1) w/prej. cc: USA, K. McCoy, Def w/cnsls cy, USM, USPO, MJ Branson |
| 32 - | 1 | 04/13/01 | {SEALED} |
| 33 - | 1 | 04/19/01 | [Re: DEF 1] Return of WOA executed on 5/25/00. |
| 34 - | 1 | 05/08/01 | {SEALED} |
| 35 - | 1 | 07/02/01 | {SEALED} |
| 36 - | 1 | 08/13/01 | USM Return of judgment re: DEF 1 executed on 8/01/01 to FCI Sheridan, OR. |
| 37 - | 1 | 11/18/04 | [Re: DEF 1] JKS Order and petition for SR modif; def to participate in mental health treatment. cc: USPO |
| 38 - | 1 | 01/13/05 | DEF 1 motion on shortened time for stay of compulsory blood extraction from supervisee pending US Supreme Court action on 4th Amendment challenge w/att aff. |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
    CRIMINAL DOCKET ENTRIES FOR CASE A00-0076--CR (JWS)
              "USA V DONALD EDWARD FERGUSON"

            In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 39 - 1 | 01/14/05 | [Re: DEF 1] JKS Minute Order granting mot for shortened time; temporary stay of compulsory blood extraction is granted; USA to respond to mot for stay @ dkt 38 by 1/25/05; Judge Sedwick to consider & decide the mot. cc: USA, FPD, USPO |
| 40 - 1 | 01/21/05 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion on shortened time for stay of compulsory blood extraction from supervisee pending US Supreme Court action on 4th Amendment challenge (38-1). |
| 41 - 1 | 01/25/05 | [Re: DEF 1] JWS Minute Order denying motion on shortened time for stay of compulsory blood extraction from supervision (38-1).  cc: AUSA, FPD, USM, USPO |
| 42 - 1 | 10/27/05 | [Re: DEF 1] JWS Order and petition for SR modif; def to refrain from unlawful use of controlled substances & submit to drug testing. cc: USPO |