# United States District Court
### for the
# District of Alaska
### Petition for Warrant or Summons for Offender Under Supervised Release

Name of Offender: Donald Ferguson                    Case Number: A00-076 CR (JWS)

Sentencing Judicial Officer:        John W. Sedwick, Chief U.S. District Court Judge

Date of Original Sentence:          March 12, 2001

Original Offense:                   Manufacturing Marijuana

Original Sentence:                  1,493 days jail, four years supervised release

Date Supervision Commenced:         November 4, 2004

Asst. U.S. Attorney: Thomas Bradley                  Defense Attorney: Kevin McCoy

---

## PETITIONING THE COURT

[  ]    To issue a warrant
[X]     To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervised release:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The defendant has violated the Mandatory Condition of Supervision "The defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance," in that on in that on March 15, 2005, the defendant was arrested for Driving Under the Influence. (APD #05-11274). On or about May 6, 2005, the defendant plead guilty to the charge of DUI and was sentenced to three days in jail and a $1,500 fine.  This violation is a Grade C violation. |
| 2 | The defendant has violated the Standard Condition of Supervision 7, "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician," in that in that on or about March 15, 2005, the defendant consumed alcohol to intoxication.   This violation is a Grade C violation. |
| 3 | The defendant has violated the Standard Condition of Supervision 7, "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician," in that on or about January 28, 2006, the defendant consumed alcohol to intoxication. This violation is a Grade C violation. |

*Petition for Warrant or Summons*
| | | |
|---|---|---|
| *Name of Offender* | : | *Donald Ferguson* |
| *Case Number* | : | *A00-076 CR (JWS)* |

4      The defendant has violated the Standard Condition of Supervision 7, "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician," in that on or about January 28, 2006, the defendant consumed marijuana. This violation is a Grade C violation.

U.S. Probation Officer Recommendation:

The term of supervised release should be:

[X]    Revoked
[ ]    Extended for _____ year(s), for a total term of _____ years.

[ ]    The conditions of supervised release should be modified as follows:

Respectfully submitted,

Travis Lyons
U.S. Probation/Pretrial Services Officer
Date: February 3, 2006

Approved by:

Eric D. Odegard
Supervising U.S. Probation Officer

THE COURT ORDERS

[ ]    *The WARRANT FOR ARREST be delivered to the U.S. Marshal's Service; and the petition, probation officer's declaration, and a copy of the warrant shall be sealed in the Clerk's file and disclosed only to the U.S. Attorney for their official use, until the arrest of the offender.* The petition for supervised release revocation is referred to the Magistrate Judge for initial appearance/preliminary hearing(s). The evidentiary hearing, if any, will be before the Magistrate Judge only upon consent; otherwise the evidentiary hearing will be before the undersigned District Court Judge.

[X]    The issuance of a summons. The Petition for Supervised Release revocation is referred to the Magistrate Judge for initial appearance/preliminary hearing(s). The evidentiary hearing, if any, will be before the Magistrate Judge only upon consent; otherwise the evidentiary hearing will be

*Petition for Warrant or Summons*
| | | |
|---|---|---|
| *Name of Offender* | : | *Donald Ferguson* |
| *Case Number* | : | *A00-076 CR (JWS)* |

before the undersigned District Court Judge.

[ ]    Other:

# REDACTED SIGNATURE

John W. Sedwick
Chief U.S. District Court Judge

2-05-06

Date

**Supervised Release Cases:** Pursuant to 18.U.S.C. § 3401(I), the sentencing District Court may designate a Magistrate Judge to conduct hearings to modify, revoke, or terminate supervised release, including evidentiary hearings, and to submit to the Court proposed findings of facts and recommendations, including disposition recommendations.

**Probation Cases:** Pursuant to *United States v. Frank F. Colacurcio,* 84 F.3d 326, a Magistrate Judge has the authority to conduct a probation revocation hearing **only if** the following three conditions are satisfied: (1) the defendant's probation was imposed for a misdemeanor; (2) the defendant consented to trial, judgment, and sentence by a Magistrate Judge; and (3) the defendant initially was sentenced by a Magistrate Judge. Therefore, a District Court **may not** designate a Magistrate Judge to conduct revocation hearings on probation cases where a District Court was the sentencing Court.

# United States District Court
for the
# DISTRICT OF ALASKA

)
**UNITED STATES OF AMERICA**   )
)    Case Number: A00-076 CR (JWS)
)
vs.     )   DECLARATION IN SUPPORT OF PETITION
)
)
Donald Ferguson    )

I, Travis Lyons, am the U.S. Probation Officer assigned to supervise the Court-ordered
conditions of Supervised Release for Donald Ferguson, and in that capacity declare as follows:

On March 12, 2001, the defendant was sentenced to 1,493 days jail, four years supervised
release, and a $100.00 special assessment for Manufacturing Marijuana. The defendant started
his supervised release on November 4, 2004. Some of the defendant's Supervised Release
conditions include that he not drink to intoxication, not possess or consume illegal narcotic
drugs, and that he not commit any new federal, state, or local crimes.

On March 15, 2005, an Anchorage Police Officer arrested the defendant for Driving Under the
Influence (case #05-11274). The defendant bailed out of the Anchorage Jail that day. The
police report indicates that the defendant provided a breath sample that read .116. On or about
May 6, 2005, the defendant plead guilty to the charge of DUI and was sentenced to three days in
jail and a $1,500 fine.

The defendant failed to show for a scheduled urine test on January 27, 2006. On January 30,
2006, the defendant was contacted by his probation officer and instructed to report that day for
another urine test. The defendant complied, and the test indicated positive for marijuana. The
defendant then admitted to consuming alcohol to intoxication and smoking marijuana while
being at a party on January 28, 2006. This was the defendant's fourth positive urine test (all for
marijuana).

Executed this 3rd day of February, 2006, at Anchorage, Alaska, in conformance with the
provisions of 28 U.S.C. § 1746.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters
stated upon information and belief, and as to those matters, I believe them to be true.

Travis Lyons
U.S. Probation Officer
District of Alaska