**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

 UNITED STATES OF AMERICA  v.  DONALD FERGUSON

THE HONORABLE JOHN D. ROBERTS

DEPUTY CLERK                                                    CASE NO.  3:00-cr-00076-JWS

Pam Richter

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: February 13, 2006

    **INITIAL APPEARANCE** on the petition to revoke supervised release in the above-captioned case is hereby set for **Tuesday, March 21, 2006, at 9:30 a.m.,** before John D. Roberts, U.S. Magistrate Judge, in Magistrate Judge Courtroom **#6**, Federal Building - U.S. Courthouse, 222 West Seventh Avenue, Anchorage, Alaska.

[]{ARRAIGNR.WPD*Rev.3/97}