AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA



| | |
|---|---|
| UNITED STATES OF AMERICA | **SUMMONS IN A CRIMINAL CASE** |
| V. | Case Number: 3:00-cr-00076-JWS |
| Edward Donald Ferguson | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.  Contact Pretrial Services (907) 271-5494 not less than three (3) business days prior to the Scheduled Court Appearance.

| Place | Room |
|---|---|
| Federal Building - U.S. Courthouse<br>222 W. 7th Avenue<br>Anchorage, Alaska 99513 | Courtroom 6 |
| Before: U.S. Magistrate Judge John D. Roberts | Date and Time<br>March 21, 2006 at 9:30 a.m. |

To answer a(n)
[ ] Indictment   [ ] Information   [ ] Complaint   [ ] Violation Notice   [XX] Supervised Release Violation Petition

Charging you with a violation of:

Title  United States Code, Section(s)

Brief description of offense:
Violations of Mandatory Condition and Standard Condition #7 of Supervised Release

Ida Romack, Clerk of Court
Signature of Issuing Officer

by [signature] Deputy Clerk
Name and Title of Issuing Officer

February 13, 2006, Anchorage, AK
Date and Location

**NOTICE**: If you wish to be represented by an attorney and can not afford to hire one, you may be entitled to court-appointed counsel.  In that case, you should contact the Federal Public Defender, 550 W. 7th Avenue, Suite 1600, Anchorage, Alaska 99501, Tel: (907) 646-3400.

AO 83 (Rev. 12/85) Summons in a Criminal Case

**RETURN OF SERVICE**

Date: 2-17-06

Service was made by me on:[1]

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: U.S. Probation Office.

☐ Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 2-21-06
Date

Randy M Johnson
Name of United States Marshal

Travis Lyons
(by) Deputy United States Marshal
U.S. Probation

Remarks:

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.