Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DONALD EDWARD FERGUSON,<br><br>    Defendant. | NO. A00-0076 CR(JWS)<br><br>**ENTRY OF APPEARANCE** |

        Kevin F. McCoy, Assistant Federal Public Defender for the District of Alaska, hereby enters his appearance as counsel for the Defendant DONALD EDWARD FERGUSON in the above-captioned action.

        DATED at Anchorage, Alaska this ** day of ** 2006.

        Respectfully submitted,

        s/Kevin F. McCoy
        Assistant Federal Defender
        550 West 7th Avenue, Suite 1600
        Anchorage, AK 99501
        Phone:      907-646-3400
        Fax:        907-646-3480
        E-Mail:     kevin_mccoy@fd.org

Certification:
I certify that on March 21, 2006,
a copy of the *Entry of Appearance*
was served electronically on:

Deborah Smith
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

Travis Lyons
Probation Officer
U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562


s/Kevin F. McCoy