Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DONALD EDWARD FERGUSON,<br><br>　　　　　Defendant. | NO. 3:00-cr-0076 (JWS)<br><br>**CONSENT TO EVIDENTIARY HEARING BEFORE MAGISTRATE JUDGE** |

　　　　Donald Ferguson, having been advised of his right to have the evidentiary hearing conducted by an Article III Judge, hereby consents to an evidentiary hearing on the Petition to Revoke Supervised Release at Docket No. 43 before the United States Magistrate Judge.

　　　　DATED at Anchorage, Alaska this 21st day of March 2006.

　　　　　　　　Respectfully submitted,

　　　　　　　　s/Kevin F. McCoy
　　　　　　　　Assistant Federal Defender
　　　　　　　　550 West 7th Avenue, Suite 1600
　　　　　　　　Anchorage, AK 99501
　　　　　　　　Phone:　　907-646-3400
　　　　　　　　Fax:　　　907-646-3480
　　　　　　　　E-Mail:　　kevin_mccoy@fd.org

Certification:
I certify that on March 21, 2006,
a copy of the *Consent to Evidentiary
Hearing Before Magistrate Judge*
was served electronically on:

David Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

Travis Lyons
Probation Officer
U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562


s/Kevin F. McCoy