MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs <u>DONALD EDWARD FERGUSON</u>   CASE NO. <u>3:00-cr-00076-JWS</u>
Defendant: <u>X</u> Present <u>X</u> On Summons

BEFORE THE HONORABLE:             <u>JOHN D. ROBERTS</u>

DEPUTY CLERK/RECORDER:            <u>APRIL KARPER</u>

UNITED STATES ATTORNEY:           <u>DAVID NESBETT</u>

DEFENDANT'S ATTORNEY:             <u>KEVIN MCCOY - APPOINTED</u>

U.S.P.O.:                         <u>TRAVIS LYONS</u>

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE HELD MARCH 21, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:31 a.m. court convened.

<u>X</u> Copy of Petition to Revoke Supervised Release given to
   defendant.

<u>X</u> Defendant advised of general rights.

<u>X</u> Defendant sworn.

<u>X</u> Defendant stated true name:<u> Same as above.</u>
<u>X</u> Financial Affidavit filed.
   <u>X</u> Federal Public Defender accepted appointment; FPD notified.

<u>X</u> Defendant DENIED allegations<u> 1 thru 4 of the Petition to</u>
   <u>Revoke Supervised Release.</u>

<u>X</u> Consent to be filed within <u>1</u> day or case shall be
   transferred to U.S. District Judge. Mr. McCoy informed the
   court that a hearing set on for the end of next week would be
   a good time frame.

<u>X</u> Order Setting Conditions of Release **FILED.**

<u>X</u> OTHER:<u> Court and counsel heard re plaintiff's oral motion that</u>
<u>conditions of supervised release be conditions of release;</u>
**GRANTED.**

At 9:44 a.m. court adjourned.

DATE:     <u>March 21, 2006</u>      DEPUTY CLERK'S INITIALS:   <u>ak</u>