MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *DONALD EDWARD GERGUSON*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 3:00-cr-00076 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date:  April 14, 2006

    The court will conduct an evidentiary hearing on the alleged violations to be followed immediately by a disposition hearing if that is necessary.  The hearing will commence at **10:30 AM** on Tuesday, **April 18, 2006.**