Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>DONALD EDWARD FERGUSON,<br><br>          Defendant. | Case No. 3:00-cr-0076-JWS<br><br>**UNOPPOSED MOTION ON SHORTENED TIME TO CONTINUE DISPOSITION HEARING FOR 30 DAYS** |

      Donald Ferguson asks this court for an order continuing the disposition hearing in this matter fro 30 days.  A continuance is appropriate because Mr. Ferguson had a police contact over the weekend and the parties want to further investigate that contact before going to disposition. Mr. Ferguson's counsel is unavailable from May 30, 2006, through July 5, 2006, and asks that the disposition hearing be scheduled before May 30, 2006.

      This motion is submitted pursuant to D. Alaska .Loc. Crim. R. 47.1 and is based upon the affidavit of counsel filed herewith.

Dated at Anchorage, Alaska, this 17th day of April, 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
Alaska Bar No. 7705042
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Phone:          907-646-3400
Fax:            907-646-3480
E-Mail:         kevin_mccoy@fd.org

Certification:

I certify that on April 17, 2006,
a copy of this document, with attachments,
 was served electronically on:

David A. Nesbett, Esq.
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567


s/Kevin F. McCoy