UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 3:00-cr-0076-JWS |
| vs. | |
| DONALD EDWARD FERGUSON, | **PROPOSED ORDER CONTINUING DISPOSITION HEARING** |
| Defendant. | |

On consideration of the defendant's unopposed motion on shortened time to continue the disposition hearing by 30 days;

IT IS HEREBY ORDERED that the motion is granted. The disposition hearing in this matter shall be scheduled for May ___, 2006, at the hour of _____.m.

Done at Anchorage, Alaska, this _____ day of April, 2006.

_____
JOHN W. SEDWICK
United States District Court Judge