Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>DONALD EDWARD FERGUSON,<br><br>                Defendant. | Case No. 3:00-cr-0076-JWS<br><br>**AFFIDAVIT OF COUNSEL** |

STATE OF ALASKA            )
                           ) ss.
THIRD JUDICIAL DISTRICT    )

      Kevin F. McCoy, being first duly sworn, upon oath, deposes and says as follows:

    1.    I am Don Ferguson's attorney.

    2.    Disposition is set for April 18, 2006, at 10:30 a.m.

    3.    In anticipation of the disposition hearing, the parties had reached an agreement to be presented to the court on the 18th.

    4.    Over the weekend, Mr. Ferguson had a police contact.

5. The parties desire a continuance of the disposition hearing for approximately 30 days so that the details of this police contact can be investigated to determine whether it impacts the parties' agreement.

6. I will be out of the district from May 30, 2006, through July 5, 2006, and ask that the disposition hearing be scheduled before May 30, 2006.

7. On April 17, 2006, I spoke with Travis Lyons, Mr. Ferguson's probation officer. Mr. Lyons does not oppose this request.

8. On April 17, 2006, I spoke with Assistant U.S. Attorney David Nesbett. Mr. Nesbett does not oppose this request.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Kevin F. McCoy

SUBSCRIBED and SWORN to before me this 17th day of April, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 3.14.2007

STATE OF ALASKA
NOTARY PUBLIC
Lenora L. Roehling
My Commission Expires: March 14, 2007