UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>DONALD EDWARD FERGUSON,<br><br>　　　　　　　Defendant. | Case No. 3:00-cr-0076-JWS<br><br>**ORDER CONTINUING<br>DISPOSITION HEARING** |

　　　　On consideration of the defendant's unopposed motion on shortened time to continue the disposition hearing by 30 days;

　　　　IT IS HEREBY ORDERED that the motion is granted.  The disposition hearing in this matter shall be scheduled for **May 18, 2006**, at the hour of **8:00 a.m.**.

　　　　Done at Anchorage, Alaska, this 17th day of April, 2006.

　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　JOHN W. SEDWICK
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE