Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        vs.<br><br>DONALD EDWARD FERGUSON,<br><br>                Defendant. | NO. 3:00-cr-0076-JWS<br><br>**DON FERGUSON'S<br>DISPOSITION MEMORANDUM** |

**I.      Introduction.**

Don Ferguson submits this memorandum to assist the court at the disposition hearing scheduled for May 18, 2006.  At disposition, Mr. Ferguson will be asking the court to impose a 90-day sentence to be served beginning on October 1, 2006, with a recommendation to the Bureau of Prisons that he be classified to a halfway house.  If the court adopts this recommendation, Mr. Ferguson will be appropriately sanctioned for his misconduct without jeopardizing his employment and the progress he has made towards rehabilitation.

**II.    Background for the Request.**

   **A.    Mr. Ferguson Has Maintained Employment And Worked Diligently To Reduce His Outstanding Child Support Obligation.**

Mr. Ferguson began his period of supervision on November 4, 2004. Since commencing supervision, Mr. Ferguson has maintained regular employment. He is currently employed at Leroy's Restaurant in Anchorage, working from 7:00 a.m. to 3:00 p.m. Friday through Tuesday, earning ten dollars per hour. Mr. Ferguson has had this job since January 2006.

At the time of his release from custody, Mr. Ferguson had a back child support obligation of approximately $5,900.00 for his 16-year-old son Anthony. In the nearly two and one-half years since his release from custody, Mr. Ferguson has been able to maintain current child support payments and has reduced the outstanding back child support obligation to approximately $4,000.00.

   **B.    Mr. Ferguson Has Been In Counseling With Dr. Carol Lambert Since December 2004.**

Mr. Ferguson has been in counseling with Dr. Carol Lambert since December 2004. The record of his attendance at these counseling sessions is attached as Exhibit A. The record reflects steady attendance with a genuine effort to positively address the stressors that affects his life. The counseling relationship Mr. Ferguson developed with Dr. Lambert has been most beneficial.

   **C.    Mr. Ferguson Continues To Struggle With Substance Abuse Issues.**

As demonstrated in the original presentence report, Mr. Ferguson has a significant substance abuse history. *See* PSR ¶ 48. It is a problem that continues to plague him as evidenced

by the present violations. However, Mr. Ferguson has readily admitted his misconduct and has been sanctioned for the DWI conviction. The State Court imposed a three-day jail sentence and imposed a $2,500.00 fine.

### III.  Conclusion.

The recommended guideline range for the two grade C violations admitted to here is 7 to 13 months. The court has discretion not to revoke supervision. Mr. Ferguson does not ask for that. Instead, he seeks an interim sanction which will be a hardship for him, but which will enable him to maintain employment and continue working towards rehabilitation.

DATED at Anchorage, Alaska this 17th day of May 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:      907-646-3400
Fax:         907-646-3480
E-Mail:     kevin_mccoy@fd.org

Certification:
I certify that on May 17, 2006,
a copy of ***Don Ferguson's Disposition Memorandum*** was served electronically on:

David Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and copies were hand delivered to:

Travis Lyons
Probation Officer
U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, Alaska

Judge Sedwick
Chief Judge
U.S. District Court
222 West Seventh Avenue
Anchorage, Alaska

s/Kevin F. McCoy