# MENTAL HEALTH PROGRAM
## MONTHLY PROGRESS REPORT

| Contractor: Carol L Lambert | Contract No.: | Fund Control No.: |
|---|---|---|
| Client: Donald Ferguson | For Period Covering: From: 1/1/05 To: 1/31/05 | |
| Treatment Began: 12-7-04  Prescribed Medication: ___Yes ___No  If yes, list medications: | | Treatment Termination Date: |

**Contacts Since Last Report:**

| Date | Service (Name & No.) | Length of Contact | Payment Collected | No Shows |
|---|---|---|---|---|
| 1/11/05 | Individual Counseling 6010 | 50 min | 0 | 0 |
| 1/18/05 | Individual Counseling 6010 | 50 min | | |
| 1/26/05 | Individual Counseling 6010 | 50 min | | |

### Comments

**Current Treatment Progress:** Good. He is attending counseling on schedule, cooperative, and open in discussions. He is actively working on improving social skills and stress management.

**Course of Treatment for Next Period:** He will work on taking full responsibility for his present situation & for planning for success in future. He will practice setting limits as appropriate. Continue weekly.

Signature of Clinician: Carol L Lambert PhD

Date: 1-27-05

# MENTAL HEALTH PROGRAM
# MONTHLY PROGRESS REPORT

| Contractor: Carol L. Lambert PhD | Contract No.: | Fund Control No.: |
|---|---|---|
| Client: Donald Ferguson | For Period Covering: From: To: | |
| Treatment Began: 12-7-04  Prescribed Medication: ___ Yes ___ No  If yes, list medications: | | Treatment Termination Date: |

Contacts Since Last Report:

| Date | Service (Name & No.) | Length of Contact | Payment Collected | No Shows |
|---|---|---|---|---|
| 3/1/05 | Individ. Counseling 6010 | 50 min | 0 | 0 |
| 3/8/05 | Individ. Counseling 6010 | 50 min | | |
| 3/15/05 | Individual Counseling 6010 | 50 min | | |
| 3/22/05 | Individ. Counseling 6010 | 50 min | | |
| 3/29/05 | Individual Counseling 6010 | 50 min | | |

Comments

Current Treatment Progress: He appears to be managing anger better and to be happier at work. He has entered into a romantic relationship which is going well for now, but he seems anxious about allowing closeness in his life. He attends sessions on time & regularly though he remains somewhat guarded.

Course of Treatment for Next Period: He will work on developing an idea of what he has to offer as a friend, partner, etc., and whether the standards he applies to others apply to him. Cont. weekly

Signature of Clinician: Carol L. Lambert PhD

Date: 3-31-05

# MENTAL HEALTH PROGRAM
## MONTHLY PROGRESS REPORT

| Contractor: Carol L Lambert PhD | Contract No.: | Fund Control No.: |
|---|---|---|
| Client: Donald Ferguson | For Period Covering: From: 4/1/05 To: 4/30/05 | |
| Treatment Began: 12-7-04  Prescribed Medication: ___ Yes ___ No  If yes, list medications: | | Treatment Termination Date: |

**Contacts Since Last Report:**

| Date | Service (Name & No.) | Length of Contact | Payment Collected | No Shows |
|---|---|---|---|---|
| 4-5-05 | Individual Counseling 6010 | 50 min | ∅ | ∅ |
| 4-12-05 | Individual Counseling 6010 | 50 min | | |
| 4-19-05 | Individual Counseling 6010 | 50 min | | |
| 4-26-05 | Individual Counseling 6010 | 50 min | | |

**Comments**

Current Treatment Progress: He continues to do well at Aadeayogh's job. He has become engaged to his girlfriend and now needs to think seriously about finances and their future. He continues to participate in treatment on time and without missing sessions.

Course of Treatment for Next Period: He will begin to discuss financial plans and set financial goals with fiancée. We will continue to meet weekly.

Signature of Clinician: Carol L Lambert PhD      Date: 4-28-05

# MENTAL HEALTH PROGRAM
# MONTHLY PROGRESS REPORT

**Contractor:** Carol L Lambert PhD
**Contract No.:**
**Fund Control No.:**

**Client:** Donald Ferguson
**For Period Covering:** From: 5/1/05 To: 5/31/05

**Treatment Began:** 12-7-04
Prescribed Medication: ___ Yes ___ No
If yes, list medications:

**Treatment Termination Date:**

**Contacts Since Last Report:**

| Date | Service (Name & No.) | Length of Contact | Payment Collected | No Shows |
|---|---|---|---|---|
| 5/5/05 | Individual Counseling 6010 | 50 min | 0 | 0 |
| 5-10-05 | Individual Counseling 6010 | 55 min | | |
| 5-17-05 | Individual Counseling 6010 | 50 min | | |
| 5-24-05 | Individual Counseling 6010 | 50 min | | |

**Comments**

**Current Treatment Progress:** Good. He is cooperative and prompt in attendance. He has achieved more stability in terms of residence and his relationship, and his job is going well, though a knee injury bothers him. Finances continue to be his major area of instability.

**Course of Treatment for Next Period:** Continue to work on responsible & realistic planning for the future. Continue weekly sessions.

**Signature of Clinician:** Carol L Lambert PhD
**Date:** 5-26-05

04/05/2006  08:23   9075625866   CAROL LAMBERT PHD   PAGE  05

ATTACHMENT J-4 (AK)

# MENTAL HEALTH PROGRAM
# MONTHLY PROGRESS REPORT

**Contractor:** Carol L Lambert Ph.D
**Contract No.:**
**Fund Control No.:**

**Client:** Donald Ferguson
**For Period Covering:** From: 6/1/05 To: 6/30/05

**Treatment Began:** 12-7-04
**Prescribed Medication:** ___ Yes ___ No
**If yes, list medications:**
**Treatment Termination Date:**

**Contacts Since Last Report:**

| Date | Service (Name & No.) | Length of Contact | Payment Collected | No Shows |
|---|---|---|---|---|
| 6-7-05 | Individual Counseling 6010 | 50 min | ∅ | ∅ |
| 6-14-05 | Individual Counseling 6010 | 52 min | | |
| 6-21-05 | Individual Counseling 6010 | 50 min | | |
| 6-28-05 | Individual Counseling 6010 | 50 min | | |

## Comments

**Current Treatment Progress:** He continues good attendance + participation in treatment. He is going into a period of high change and high stress: he plans to be married in August, will have girlfriend's family in town, work load increasing at restaurant.

**Course of Treatment for Next Period:** He is to focus on stress management, especially with respect to adequate sleep. Continue weekly sessions.

**Signature of Clinician:** Carol L Lambert PhD
**Date:** 6-30-05

2/92

# MENTAL HEALTH PROGRAM
# MONTHLY PROGRESS REPORT

| Contractor: Carol L Lambert PhD | Contract No.: | Fund Control No.: |
|---|---|---|
| Client: Donald Ferguson | For Period Covering: From: 7/1/05 To: 7/29/05 | |
| Treatment Began: 12/7/04  Prescribed Medication: ___ Yes ___ No  If yes, list medications: | | Treatment Termination Date: _____ |

Contacts Since Last Report:

| Date | Service (Name & No.) | Length of Contact | Payment Collected | No Shows |
|---|---|---|---|---|
| 7-5-05 | Individual Counseling 6010 | 50 min | 0 | 0 |
| 7-19-05 | Individual Counseling 6010 | 50 min | | |
| 7-26-05 | Individual Counseling 6010 | 50 min | | |

**Comments**

Current Treatment Progress: Missed one weekly session due to requirement of jail time over DUI. Otherwise, continues with excellent attendance and cooperation. Job stress is still high, but he has been granted a raise, so financial situation will improve. Sleep/anxiety continue to be issues.

Course of Treatment for Next Period: He will start using specific self-talk around anxiety, with goal of improving sleep and relaxation. Continue weekly.

Signature of Clinician: Carol K Lambert PhD  
Date: 7/28/05

2/92

# MENTAL HEALTH PROGRAM
## MONTHLY PROGRESS REPORT

| Contractor: Carol L Lambert PhD | Contract No.: | Fund Control No.: |
|---|---|---|
| Client: Donald Ferguson | For Period Covering: From: 8/1/05 To: 8/31/05 | |

Treatment Began: 12/7/04
Prescribed Medication: ___ Yes ___ No
If yes, list medications:

Treatment Termination Date: _____

**Contacts Since Last Report:**

| Date | Service (Name & No.) | Length of Contact | Payment Collected | No Shows |
|---|---|---|---|---|
| 8-4-05 | Individual Counseling 6010 | 50 min | $ | 8-2-05 late cancel |
| 8-9-05 | Individual Counseling 6010 | 50 min | | |
| 8-16-05 | Individual Counseling 6010 | 50 min | | |
| 8-23-05 | Individual Counseling 6010 | 50 min | | |
| 8-30-05 | Individual Counseling 6010 | 50 min | | |

**Comments**

Current Treatment Progress: Attendance is good & he appears to benefit by the opportunity to have treatment. He reports sleep has improved but job stress and family stress remain high. He is frustrated by high deductions from pay for back child support, which hamper him in current role as head of household.

Course of Treatment for Next Period: He will be working on continuing efforts toward financial + personal stability; he will maintain income to eventually pay off debt, he will avoid over-extending to take care of girlfriend + her family. Continue weekly.

Signature of Clinician: Carol L Lambert PhD
Date: 8-31-05

# MENTAL HEALTH PROGRAM
## MONTHLY PROGRESS REPORT

Contractor: Carol Lambert PhD
Contract No.:
Fund Control No.:

Client: Donald Ferguson
For Period Covering: From: 9/1/05 To: 9/30/05

Treatment Began: 12-7-04
Prescribed Medication: ___ Yes ___ No
If yes, list medications:
Treatment Termination Date: _____

Contacts Since Last Report:

| Date | Service (Name & No.) | Length of Contact | Payment Collected | No Shows |
|---|---|---|---|---|
| 9-13-05 | Individual Counseling 6010 | 50 min | $0 | 9/20/05 (late cancel) |
| 9-21-05 | Individual Counseling 6010 | 50 min | | |
| 9-27-05 | Individual Counseling 6010 | 50 min | | |

**Comments**

Current Treatment Progress: His girlfriend's dependency became an issue when he cancelled with no notice to take her to the appointment. He was able to be realistic about the notion of having a child in the near future: that he/they are not ready. He has given notice at his job, which may create financial pressures.

Course of Treatment for Next Period: He will continue to take responsibility for himself and his needs & clarify to others that they must do the same. He will realistically assess his financial needs & get adequate work. Continue weekly.

Signature of Clinician: Carol L Lambert PhD
Date: 9/29/05

2/92