# MENTAL HEALTH PROGRAM
# MONTHLY PROGRESS REPORT

| Contractor: Carol L Lambert PhD | Contract No.: | Fund Control No.: |
|---|---|---|
| Client: Donald Ferguson | For Period Covering: From: 10/1/05 To: 10/28/05 | |

Treatment Began: 12-7-04
Prescribed Medication: ___ Yes ___ No
If yes, list medications:

Treatment Termination Date: _____

Contacts Since Last Report:

| Date | Service (Name & No.) | Length of Contact | Payment Collected | No Shows |
|---|---|---|---|---|
| 10/4/05 | Individual Counseling 6010 | 50 min | 0 | 0 |
| 10/11/05 | Individual Counseling 6010 | 50 min | | |
| 10/18/05 | Individual Counseling 6010 | 50 min | | |
| 10/25/05 | Individual Counseling 6010 | 50 min | | |

**Comments**

Current Treatment Progress: He has reduced stress by leaving restaurant job and has maintained adequate income doing home care for gf's grandparents. His partner now also works, so financial stability is in place. He plans to add another job, which may compromise his sleep opportunities. Although he is doing well on day-to-day basis, he needs to develop skills for

Course of Treatment for Next Period: long-term planning, is financially naive. He will write out his goals & discuss with partner. He will consider reducing nicotine use as a financial goal. Return mid Nov after my travel, resume weekly.

Signature of Clinician: Carol L Lambert PhD

Date: 10/27/05

# MENTAL HEALTH PROGRAM
# MONTHLY PROGRESS REPORT

| Contractor: Carol L Lambert PhD | Contract No.: | Fund Control No.: |
|---|---|---|
| Client: Donald Ferguson | For Period Covering: From: 11/1/05 To: 11/30/05 | |
| Treatment Began: 12-7-04<br>Prescribed Medication: ___ Yes ___ No<br>If yes, list medications: | | Treatment Termination Date: |

Contacts Since Last Report:

| Date | Service (Name & No.) | Length of Contact | Payment Collected | No Shows |
|---|---|---|---|---|
| 11/15/05 | Individual Counseling 6010 | 50 min | ∅ | ∅ |
| 11/29/05 | Individual Counseling 6010 | 55 min | | |

**Comments**

Current Treatment Progress: He continues to show less stress and less financial pressure now that he has changed jobs and his partner is also employed. He has not followed through on goal-setting, but has taken some steps to improve his understanding of his options, such as purchasing a computer. He has committed to quitting smoking following tests indicating negative effects have already begun.

Course of Treatment for Next Period: His fund of practical information about the world is low, so that he is having difficulty understanding what is practical & what is not. He will learn to use the computer to seek useful information on health, jobs, etc. Cont. weekly.

Signature of Clinician: Carol L Lambert PhD

Date: 11/30/05

# MENTAL HEALTH PROGRAM
# MONTHLY PROGRESS REPORT

| Contractor: Carol L. Lambert PhD | Contract No.: | Fund Control No.: |
|---|---|---|
| Client: Donald Ferguson | For Period Covering: From: 12/1/05 To: 12/30/05 | |
| Treatment Began: 12-7-04 Prescribed Medication: ___Yes ___No If yes, list medications: | | Treatment Termination Date: |

Contacts Since Last Report:

| Date | Service (Name & No.) | Length of Contact | Payment Collected | No Shows |
|---|---|---|---|---|
| 12-6-05 | Individual Counseling 6010 | 50 min | 0 | 12/13/05 12/20/05 |

**Comments**

Current Treatment Progress: Guarded on his progress. He has come a long way since beginning probation in having maintained employment, improved his living situation, and established a stable relationship with a partner. On the other hand, he has not established clear goals for how to continue improving his situation, and this month he has avoided attending his sessions. He has told his PO that he would prefer to terminate counseling at this time.

Course of Treatment for Next Period: By agreement with his P.O., Mr Ferguson is required to attend a final counseling appointment for termination and wrap-up. As of 1/2/06 Mr Ferguson has not been in touch.

Signature of Clinician: Carol L. Lambert PhD    Date: 1/2/06

# MENTAL HEALTH PROGRAM
## MONTHLY PROGRESS REPORT

| Contractor: Carol L Lambert PhD | Contract No.: | Fund Control No.: |
|---|---|---|
| Client: Donald Ferguson | For Period Covering: From: 1/1/06 To: 1/31/06 | |
| Treatment Began: 12-7-04<br>Prescribed Medication: ___ Yes ___ No<br>If yes, list medications: | | Treatment Termination Date: _____ |

Contacts Since Last Report:

| Date | Service (Name & No.) | Length of Contact | Payment Collected | No Shows |
|---|---|---|---|---|
| 1/12/06 | Individual Session 6010 | 50 min | ∅ | ∅ |

### Comments

Current Treatment Progress: Although he told his P.O. that he was ready to end counseling, when he came for termination session he stated he did not want to quit entirely, but to cut back. We agreed that he would come in 1x monthly, to allow him more time for work in his schedule as he now has a new job. He expressed interest in setting goals for his

Course of Treatment for Next Period: finances and his health.
He will stay focused on achieving financial stability and will continue to reduce nicotine intake. Will return one x in February.

Signature of Clinician: Carol L Lambert PhD    Date: 1/31/06

2/9

# MENTAL HEALTH PROGRAM
# MONTHLY PROGRESS REPORT

| Contractor: Carol L Lambert PhD | Contract No.: | Fund Control No.: |
|---|---|---|
| Client: Donald Ferguson | For Period Covering: From: 2/1/06 To: 2/28/06 | |
| Treatment Began: 12-7-04  Prescribed Medication: ___ Yes ___ No  If yes, list medications: | | Treatment Termination Date: |

Contacts Since Last Report:

| Date | Service (Name & No.) | Length of Contact | Payment Collected | No Shows |
|---|---|---|---|---|
| 2/7/06 | Individual Counseling 0010 | 50 min | 0 | 0 |

**Comments**

Current Treatment Progress: He has had one relapse to using marijuana in past month, which he stated he admitted to his P.O. It appears that stressors have increased around family issues and finances, as he is now the only source of income for his household and his partner's health is not good. He attributed his relapse to poor judgment due to stressors, and recognized the need to take a new approach.

Course of Treatment for Next Period: He will do a better job setting limits on others' expectations, he will avoid taking on more responsibility than is reasonable and will let others know his limits. Continue once a month, go to twice a month if needed.

Signature of Clinician: Carol L Lambert PhD    Date: 2/28/06

# MENTAL HEALTH PROGRAM
## MONTHLY PROGRESS REPORT

| Contractor: Carol Lambert PhD. | Contract No.: | Fund Control No.: |
|---|---|---|
| Client: Donald Ferguson | For Period Covering: From: 3/1/06 To: 3/30/06 | |

Treatment Began: 12/7/04
Prescribed Medication: ___ Yes ___ No
If yes, list medications:
Treatment Termination Date: _____

**Contacts Since Last Report:**

| Date | Service (Name & No.) | Length of Contact | Payment Collected | No Shows |
|---|---|---|---|---|
| 3/7/06 | Individual Counseling 6010 | 50 min | 0 | 0 |
| 3/22/06 | Individual Counseling 6010 | 50 min | | |

**Comments**

Current Treatment Progress: Good. He has set a firm limit on a situation that threatened his stability and his finances: he informed girlfriend he is no longer willing to support her or pay for her expensive purchases. His relationship seems to have survived and his stress is reduced. He still must face charges on violations, but has accepted that he must take his consequences.

Course of Treatment for Next Period: He will continue to set firm and reasonable limits in his household. He will continue with sessions every other week until violations are dealt with.

Signature of Clinician: Carol F Lambert PhD
Date: 3/30/06

# MENTAL HEALTH PROGRAM
## MONTHLY PROGRESS REPORT

| Contractor: Carol L Lambert PhD | Contract No.: | Fund Control No.: |
|---|---|---|
| Client: Donald Ferguson | For Period Covering: From: 2/1/05 To: 2/28/05 | |
| Treatment Began: 12-7-04　Prescribed Medication: ___Yes ___No　If yes, list medications: | | Treatment Termination Date: |

Contacts Since Last Report:

| Date | Service (Name & No.) | Length of Contact | Payment Collected | No Shows |
|---|---|---|---|---|
| 2-8-05 | Individual Counseling 6010 | 50 min | 0 | 2/1/05 |
| 2-15-05 | Individual Counseling 6010 | | | |
| 2-22-05 | Individual Counseling 6010 | | | |

### Comments

Current Treatment Progress: Good. Attendance has improved since no-show early this month. He has begun working on skills related to anger management and better judgment around taking care of others vs. taking care of himself.

Course of Treatment for Next Period: He is concentrating on improving his anger management at work; we will continue to build on his awareness + skills. Continue weekly.

Signature of Clinician: Carol L Lambert PhD　　Date: 2-24-05