**UNITED STATES DISTRICT COURT**
**District of Alaska**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>DONALD EDWARD FERGUSON | **AMENDED JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br>For Offenses Committed On or After November 1, 1987<br>(Original Judgment filed 3/12/2001)<br>Case Number: 3:00-cr-00076-CR<br>KEVIN MCCOY<br>         Defendant's Attorney |

Defendant's probation officer filed a petition on __02/13/2006__ accusing defendant of _4_ violations of the conditions of supervision provided in the original judgment. Defendant admitted Allegations 1 and 4 of the Petition to Revoke Supervised Release. All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Mandatory | Criminal Offense | 05/06/05 | C |
| 4 | Standard | Drug Use | 01/28/06 | C |

The court finds that the following accusations are not proved: _____.
The court concludes that the conditions of supervision set forth in the court's original judgment are subject to [X] modification or [_] revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through _2_ of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

May 18, 2006

**REDACTED SIGNATURE**

Signature of Judicial Officer
JOHN W. SEDWICK, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

5-19-06
Date

AO245.REV

Defendant: DONALD EDWARD FERGUSON    Amended Judgment--Page 2 of 2
Case No.:   3:00-cr-00076-JWS

## SUPERVISED RELEASE (MODIFIED)

Defendant's supervised release [X] probation[_] is modified as follows:

Defendant to reside in a community corrections facility for a period of 90 consecutive days. Such residence to begin as soon as that can be arranged by the U.S. Probation Officer. Defendant will be permitted release for work, medical, counseling, and religious services.

The term of supervision is not [X] is[_] extended as follows:

Except as hereinabove provided, the standard conditions of supervision and any special conditions of supervision contained in the court's original judgment shall remain in effect.

AO245.REV