

**United States Department of Justice**
**United States Marshals Service**
*District of Alaska*

Federal Building and US Courthouse
222 W. Seventh Avenue #28, Room 170
Anchorage, Alaska 99513

To: US District Court
US Attorney
US Probation
US FPD

From: Randy M. Johnson
United States Marshal
District of Alaska

INRE:         **PRISONER IN FEDERAL CUSTODY**

| | |
|---|---|
| NAME: | FERGUSON, Donald |
| DATE OF BIRTH: | 11/27/70 |
| CHARGE: | Probation Violation |
| CASE NUMBER: | A00-076 CR (JWS) |
| PLACE HELD: | USMS Cellblock |
| DATE OF ARREST: | 1/10/07 |
| TIME OF ARREST: | 1015 |
| PLACE ARRESTED: | Anchorage, AK |
| ARRESTED BY: | USMS |

REMARKS:

BOOKED IN ENGLISH:       YES  x          NO _____

LANGUAGE: _____

IF YOU HAVE QUESTIONS IN REGARDS TO THIS ARREST, PLEASE CONTACT DUSM John Olson or SDUSM Stacy Melton AT (907) 271-5154. THANK YOU.