# United States District Court
## for the
## District of Alaska

RECEIVED JAN 1 0 2007 CLERK, U.S. DISTRICT COURT ANCHORAGE, ALASKA

### Petition for Warrant or Summons for Offender Under Supervised Release

Name of Offender: Donald Ferguson                    Case Number: A00-076 CR (JWS)

Sentencing Judicial Officer:     John W. Sedwick, Chief U.S. District Court Judge

Date of Original Sentence:       March 12, 2001

Original Offense:                Manufacturing Marijuana

Original Sentence:               1,493 days jail, four years supervised release.

Date Supervision Commenced:      November 4, 2004

Asst. U.S. Attorney: David Nesbett            Defense Attorney: Kevin McCoy

## PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervised release:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The defendant has violated the Special Condition of Supervision "In addition to submitting to drug testing in accordance with the Violent Crime Control and Law Enforcement Act of 1994, at the discretion of the probation officer, the defendant shall participate in a program approved by the United States Probation Office for substance abuse treatment, which program shall include counseling and/or testing to determine whether the defendant has reverted to the use of drugs or alcohol," in that on September 7, 2006, the defendant failed to show for a urine test as directed. This violation is a Grade C violation. |
| 2 | The defendant has violated the Special Condition of Supervision "In addition to submitting to drug testing in accordance with the Violent Crime Control and Law Enforcement Act of 1994, at the discretion of the probation officer, the defendant shall participate in a program approved by the United States Probation Office for substance abuse treatment, which program shall include counseling and/or testing to determine whether the defendant has reverted to the use of drugs or alcohol," in that on or about August 31, 2006, the defnedant possessed/consumed marijuana as evidenced by a urine test submitted on September 14, 2006. This violation is a Grade C violation. |

**SCANNED**

| | |
|---|---|
| 3 | The defendant has violated the Special Condition of Supervision "In addition to submitting to drug testing in accordance with the Violent Crime Control and Law Enforcement Act of 1994, at the discretion of the probation officer, the defendant shall participate in a program approved by the United States Probation Office for substance abuse treatment, which program shall include counseling and/or testing to determine whether the defendant has reverted to the use of drugs or alcohol," in that on October 3, 2006, the defendant failed to submit a valid urine sample as directed. This violation is a Grade C violation. |
| 4 | The defendant has violated the Special Condition of Supervision "In addition to submitting to drug testing in accordance with the Violent Crime Control and Law Enforcement Act of 1994, at the discretion of the probation officer, the defendant shall participate in a program approved by the United States Probation Office for substance abuse treatment, which program shall include counseling and/or testing to determine whether the defendant has reverted to the use of drugs or alcohol," in that on October 4, 2006, the defendant failed to submit a valid urine sample as directed. This violation is a Grade C violation. |
| 6 | The defendant has violated the Special Condition of Supervision "In addition to submitting to drug testing in accordance with the Violent Crime Control and Law Enforcement Act of 1994, at the discretion of the probation officer, the defendant shall participate in a program approved by the United States Probation Office for substance abuse treatment, which program shall include counseling and/or testing to determine whether the defendant has reverted to the use of drugs or alcohol," in that on or about October 6, 2006, the defendant possessed/consumed marijuana as evidenced by a positive urine sample. This violation is a Grade C violation. |
| 7 | The defendant has violated the Special Condition of Supervision "In addition to submitting to drug testing in accordance with the Violent Crime Control and Law Enforcement Act of 1994, at the discretion of the probation officer, the defendant shall participate in a program approved by the United States Probation Office for substance abuse treatment, which program shall include counseling and/or testing to determine whether the defendant has reverted to the use of drugs or alcohol," in that On or about November 14, 2006, the defendant possessed/consumed marijuana as evidenced by a positive urine test. This violation is a Grade C violation. |
| 8 | The defendant has violated the Special Condition of Supervision "In addition to submitting to drug testing in accordance with the Violent Crime Control and Law Enforcement Act of 1994, at the discretion of the probation officer, the defendant shall participate in a program approved by the United States Probation Office for substance abuse treatment, which program shall include counseling and/or testing to determine whether the defendant has reverted to the use of drugs or alcohol," in that on or about November 27, 2006, the defnedant possessed/consumed marijuana as evidenced by a positive urine test. This violation is a Grade C violation. |

*Petition for Warrant or Summons*
*Name of Offender        :   Donald Ferguson*
*Case Number             :   A00-076 CR (JWS)*

| | |
|---|---|
| 9 | The defendant has violated the Special Condition of Supervision "In addition to submitting to drug testing in accordance with the Violent Crime Control and Law Enforcement Act of 1994, at the discretion of the probation officer, the defendant shall participate in a program approved by the United States Probation Office for substance abuse treatment, which program shall include counseling and/or testing to determine whether the defendant has reverted to the use of drugs or alcohol," in that on December 29, 2006, the defendant failed to submit a urine test as directed.  This violation is a Grade C violation. |
| 10 | The defendant has violated the Special Condition of Supervision "In addition to submitting to drug testing in accordance with the Violent Crime Control and Law Enforcement Act of 1994, at the discretion of the probation officer, the defendant shall participate in a program approved by the United States Probation Office for substance abuse treatment, which program shall include counseling and/or testing to determine whether the defendant has reverted to the use of drugs or alcohol," in that the defendant missed treatment sessions on December 14, 21, 26, 27 and 28, 2006, as well as January 4, 2007.  This violation is a Grade C violation. |

U.S. Probation Officer Recommendation:

The term of supervised release should be:

[X]  Revoked
[ ]  Extended for _____ year(s), for a total term of _____ years.

[ ]  The conditions of supervised release should be modified as follows:


Respectfully submitted,
**REDACTED SIGNATURE**

_____
Travis Lyons
U.S. Probation/Pretrial Services Officer
Date: January 4, 2007

Approved by:

**REDACTED SIGNATURE**
_____
Eric D. Odegard
Supervising U.S. Probation Officer

*Petition for Warrant or Summons*
*Name of Offender      :     Donald Ferguson*
*Case Number           :     A00-076 CR (JWS)*

## THE COURT ORDERS

[X] *The WARRANT FOR ARREST be delivered to the U.S. Marshal's Service; and the petition, probation officer's declaration, and a copy of the warrant shall be sealed in the Clerk's file and disclosed only to the U.S. Attorney for their official use, until the arrest of the offender.* The petition for supervised release revocation is referred to the Magistrate Judge for initial appearance/preliminary hearing(s). The evidentiary hearing, if any, will be before the Magistrate Judge only upon consent; otherwise the evidentiary hearing will be before the undersigned District Court Judge.

[ ] The issuance of a summons. The Petition for Supervised Release revocation is referred to the Magistrate Judge for initial appearance/preliminary hearing(s). The evidentiary hearing, if any, will be before the Magistrate Judge only upon consent; otherwise the evidentiary hearing will be before the undersigned District Court Judge.

[ ] Other:

REDACTED SIGNATURE
John W. Sedwick
Chief U.S. District Court Judge

1-07-07

Date

---

**Supervised Release Cases:** Pursuant to 18.U.S.C. § 3401(I), the sentencing District Court may designate a Magistrate Judge to conduct hearings to modify, revoke, or terminate supervised release, including evidentiary hearings, and to submit to the Court proposed findings of facts and recommendations, including disposition recommendations.
**Probation Cases:** Pursuant to *United States v. Frank F. Colacurcio,* 84 F.3d 326, a Magistrate Judge has the authority to conduct a probation revocation hearing **only if** the following three conditions are satisfied: (1) the defendant's probation was imposed for a misdemeanor; (2) the defendant consented to trial, judgment, and sentence by a Magistrate Judge; and (3) the defendant initially was sentenced by a Magistrate Judge. Therefore, a District Court **may not** designate a Magistrate Judge to conduct revocation hearings on probation cases where a District Court was the sentencing Court.

-4-

# United States District Court
for the
# DISTRICT OF ALASKA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**  )<br>)<br>)<br>)<br>vs.  )<br>)<br>)<br>Donald Ferguson  ) | Case Number: A00-076 CR (JWS)<br><br>DECLARATION IN SUPPORT OF PETITION |

I, Travis Lyons, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of Supervised Release for Donald Ferguson, and in that capacity declare as follows:

On March 12, 2001, the defendant was sentenced to 1,493 days jail, four years supervised release, and a $100.00 special assessment for Manufacturing Marijuana. The defendant started his supervised release on November 4, 2004. Some of the defendant's Supervised Release conditions include that he not drink to intoxication, not possess or consume illegal narcotic drugs, and that he not commit any new federal, state, or local crimes.

On February 3, 2006, a Declaration to revoke probation and a declaration supporting that petition was filed with the U.S. District Court, alleging a new DUI conviction, four positive drug tests, and numerous missed UA tests. A summons was issued, setting an initial appearance on March 21, 2006.

On March 21, 2006, the defendant appeared before John D. Roberts, U.S. Magistrate Judge. At that time the defendant requested, and was granted a Court Appointed Attorney (Kevin McCoy). The defendant denied the allegations and the matter was scheduled for an evidentiary hearing on April 5, 2006.

On April 5, 2006, the defendant again appeared before John D. Roberts, U.S. Magistrate Judge, and admitted the allegations. This matter is currently set for final disposition before the Honorable Chief Judge John W. Sedwick on May 18, 2006.

On May 18, 2006, the defendant was sentenced to 90 days in the Community Corrections Center(Cordova Center). The defendant started his time on June 5, 2006, and was released on August 31, 2006.

On September 6, 2006, the defendant was placed on a random urine testing program. On September 7, 2006, the defendant failed to come in for a scheduled Urine test.

On September 14, 2006, the defendant reported for a urine test that subsequently tested positive for THC (marijuana). The defendant admitted to consuming marijuana the last day he was in the Cordova Center. This sample was confirmed to be positive for the presence of marijuana with a nanogram level of 144.

On October 3, 2006, the defendant failed to submit to a scheduled urine test.

On October 4, 2006, the defendant failed to submit to a scheduled urine test.

On October 6, 2006, the defendant submitted to a urine test that indicated positive for the presence of marijuana. This sample was later confirmed to be positive with a nanogram level of 17.

On October 16, 23, and 24, 2006 and November 6, 2006, the defendant submitted samples of urine that were negative for all controlled substances.

On November 14, 2006, the defendant submitted to a urine test that indicated positive for marijuana. This sample was confirmed to be positive for marijuana with a nanogram level of 187.

On November 27, 2006, the defendant submitted to a urine test that indicated positive for marijuana. This sample was confirmed to be positive for marijuana with a nanogram level of 1770.

On December 29, 2006, the defendant failed to submit to a scheduled urine test.

Due to the defendant's positive drug tests, he was placed in a drug/alcohol treatment program on December 12, 2006. The defendant missed treatment sessions on December 14, 21, 26, 27, and 28, 2006, as well as January 4, 2007.

Executed this 5th day of January, 2007, at Anchorage, Alaska, in conformance with the provisions of 28 U.S.C. § 1746.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

_____
Travis Lyons
U.S. Probation Officer
District of Alaska