MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs __DONALD FERGUSON__        CASE NO. __3:00-CR-00076-JWS__
Defendant: _X_ Present   _X_ In Custody

BEFORE THE HONORABLE        __JOHN D. ROBERTS__

DEPUTY CLERK/RECORDER:      __SUZANNETTE LUCERO__

UNITED STATES ATTORNEY:     __THOMAS BRADLEY__

DEFENDANT'S ATTORNEY:       __KEVIN MCCOY - APPOINTED__

U.S.P.O.:                   __TRAVIS LYONS__

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE (DKT 61) HELD 1/10/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 3:10 p.m. court convened.

_X_ Copy of Petition to Revoke Supervised Release given to
    defendant; waived reading.

_X_ Defendant sworn.

_X_ Defendant advised of general rights. _X_ Waived full
    advisement.

_X_ Defendant states true name: __DONALD EDWARD FERGUSON__

_X_ Financial Affidavit **FILED**; Federal Public Defender accepted
    appointment; FPD notified.

_X_ Defendant **DENIED** allegations __1-10 of the Petition to Revoke
    Supervised Release (Dkt 61).__

_X_ Consent to be filed within __2__ days or case shall be trans-
    ferred to U.S. District Judge.

_X_ Order Setting Conditions of Release **FILED**.

_X_ Release Order **FILED**; Original and 1 copy hand-delivered to
    U.S. Marshals.

_X_ OTHER: __Defense counsel requested Evidentiary Hearing be set
    within 2 weeks.__

At 3:32 p.m. Court adjourned.

DATE: __January 10, 2007__   DEPUTY CLERK'S INITIALS: __SCL__