IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

## RELEASE ORDER

TO:  UNITED STATES MARSHAL

RE:  UNITED STATES OF AMERICA VS. _Donald Edward Ferguson,_

CASE NO: _3:00-cr-00076-JWS_

---

Defendant _Donald Ferguson_,

has this date met the bail conditions indicated below and is ordered discharged from custody.

_✓_ Released to _any Federal pretrial services officer of the U.S. District Court_, the third party custodian(s).

\_\_\_\_ Paid cash bail in the amount of _____ to the Clerk of Court.

\_\_\_\_ Posted unsecured bond in the amount of _____

\_\_\_\_ Posted bond secured by \_\_\_\_ property or \_\_\_\_ surety in the amount of _____ with the Clerk of Court.

\_\_\_\_ Surrendered passport to the Clerk of Court.

\_\_\_\_ Other: _____

Dated at _Anchorage_, Alaska this _10th_ day of _January_, 20 _07_.

Redacted Signature
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE

Original & 1 cy to U.S. Marshal