# United States District Court
for the
## DISTRICT OF ALASKA

RECEIVED
JAN 1 0 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case Number: A00-076 CR (JWS) |
| ) | |
| vs. ) | **WARRANT FOR ARREST** |
| ) | |
| Donald Ferguson ) | |

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Donald Ferguson and bring him forthwith to the nearest Magistrate Judge to answer a supervised release violation petition charging him with ten violations of his term of supervised release.

**REDACTED SIGNATURE**

John W. Sedwick
Chief U.S. District Court Judge

1-07-07
Date

---

### RETURN OF SERVICE

This warrant was received and executed with the arrest of the above-named defendant at: Anchorage AK

| Date Received: 1/9/07 | Name and title of arresting officer: | Signature of arresting officer: |
|---|---|---|
| Date of Arrest: 1/10/07 | David Long  USM | |