Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>DONALD EDWARD FERGUSON,<br><br>         Defendant. | NO. 3:00-cr-0076-JWS<br><br>**MOTION FOR BAIL REVIEW HEARING** |

Donald Ferguson asks the court to calendar this matter for a bail review hearing. Mr. Ferguson is presently released to the Cordova Center Halfway House with work release privileges. Mr. Ferguson proposes that Barbara Dipietro and Donnie Huntley be substituted for the halfway house as third-party custodians subject to the same conditions pending resolution of this petition.

The third-party application forms have been completed and served on the U.S. Probation Service and on the government.

DATED at Anchorage, Alaska this 12th day of January 2007.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:      907-646-3400
Fax:         907-646-3480
E-Mail:     kevin_mccoy@fd.org

Certification:
I certify that on January 12, 2007,
a copy of the *Motion for Bail Review Hearing* was served electronically on:

David Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

Travis Lyons
Probation Officer
U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Kevin F. McCoy