UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:00-cr-0076-JWS |
|---|---|
| Plaintiff, | |
| vs. | **PROPOSED ORDER** |
| DONALD EDWARD FERGUSON, | |
| Defendant. | |

After due consideration of the Defendant's Motion for Bail Review Hearing, the motion is GRANTED. A bail review hearing is hereby scheduled for _____, 2007, at _____ ____.m.

DATED this _____ day of January 2007, in Anchorage, Alaska.

JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE