# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

<u>  USA  </u>  v.  <u> DONALD EDWARD FERGUSON </u>

DATE: <u>  January 17, 2007  </u>    CASE NO. <u>  3:00-CR-0076-JWS  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS**
                **SCHEDULING HEARING**

---

Due to the unavailability of Judge Sedwick, an evidentiary hearing on the Petition to Revoke Supervised Release will be held before Judge Beistline on **Tuesday, January 23, 2007,** at **1:30 p.m.**, in Courtroom 2 in Anchorage, Alaska.