Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    vs.<br><br>DONALD EDWARD FERGUSON,<br><br>           Defendant. | NO. 3:00-cr-0076-JWS<br><br>**NOTICE OF INTENT TO ADMIT ALLEGATIONS** |

      Donald Ferguson intends to admit allegations 1 through 8 of the petition to revoke supervised release at Docket 61-1.  Mr. Ferguson expects the government will dismiss allegations 9 and 10 at disposition.

      Mr. Ferguson will be requesting that disposition be continued to a time convenient for Judge Sedwick and counsel, as Judge Sedwick is familiar with Mr. Ferguson's case.

DATED at Anchorage, Alaska this 22nd day of January 2007.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:        907-646-3400
Fax:          907-646-3480
E-Mail:       kevin_mccoy@fd.org

Certification:
I certify that on January 22, 2007,
a copy of the *Notice of Intent to Admit Allegations* was served electronically on:

David Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

Travis Lyons
Probation Officer
U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Kevin F. McCoy