```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                        DISTRICT OF ALASKA
```

U.S.A. vs.   DONALD EDWARD FERGUSON     CASE NO. 3:00-CR-00076-JWS
Defendant:  X Present    X On Bond

BEFORE THE HONORABLE:         RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:        SUZANNETTE LUCERO

UNITED STATES' ATTORNEY:      DAVID NESBETT

DEFENDANT'S ATTORNEY:         KEVIN MCCOY

U.S.P.O.:                     TRAVIS LYONS

PROCEEDINGS: EVIDENTIARY HEARING ON PETITION TO REVOKE SUPERVISED
             RELEASE HELD 1/23/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:33 p.m. court convened.

Defendant sworn.

Defendant **ADMITTED** allegations 1, 2, 3, 4, 6, 7, 8 of the
Petition to Revoke Supervised Release (Dkt 61); Allegations 9 and
10 to be dismissed at Final Disposition Hearing.

Final Disposition Hearing set on 2/08/07 at 9:30 a.m. before
Judge Sedwick.

Defendant's bail conditions remain as set.

At 1:42 p.m. court adjourned.




DATE:      January 23, 2007     DEPUTY CLERK'S INITIALS:    SCL