**GAYLE NAUSKA**
1703 Richardson Drive
Anchorage, AK 99504
HM (907) 337-2974, gnauska@gci.net

**SUMMARY OF RELEVANT EXPERIENCE/SKILLS:**
    M.S. in Counseling Psychology
    Knowledge of community resources.
    Cross-cultural communication skills.
    Experience working with hostile clients.
    Case Management and Advocacy skills.
    Computer Skills - Mac and PC
    Assessment skills
    Motivational interviewing skills
    18 years of experience working with chemically dependent people, and 12 years of that working with criminal offenders
    Experience teaching a variety of subjects to involuntary and/or court-ordered clients

**RELEVANT PROFESSIONAL EXPERIENCE:**
Cornell Companies, Inc.
    9/06 – current    MRT Therapist
    Facilitate MRT group. Provide Drug and Alcohol counseling to Federal residents. Clinical supervisor for Choices Outpatient program.
    1/03 – 9/06    Program Aide
    Teach Orientation and Program classes to new residents. Provide Drug and Alcohol counseling to Federal residents. Crisis counseling as needed.

Christ Church Episcopal
    01/02 – 01/07    Priest
    Preach and preside at Sunday services. Pastoral care and counseling. Coordinate and facilitate programs.

Cornell Companies, Inc.
    11/99 - 9/02    Program Coordinator
        Provide classes to criminal offenders on Moral Reconation Therapy, and Anger Management. Train staff to provide classes to offenders. Provide drug and alcohol counseling to Federal residents as needed. Supervise Program Aide. Provided crisis counseling as needed.

Cordova Center Substance Abuse Treatment Program (Cornell Companies and Allvest)
    9/95 - 11/99    Substance Abuse Treatment Program Manager
        Responsible for substance abuse treatment program operations and personnel management. Provided direct drug addiction and alcohol abuse treatment services to program residents. Provided educational classes on

Exhibit A - Page 1 of 2

    criminal thinking errors, grief, and other life skills.

    3/94 - 6/95    Substance Abuse Counselor II
    Provided group and individual therapy to criminal offenders who are chemically dependent. Provided educational classes on a variety of topics, including anger management.

North Star Hospital
    12/93 - 3/94    Assessment/Referral Counselor
    Screened clients for chemical dependency and psychiatric problems and determined appropriate level of care. Admit/refer clients to treatment.

Southcentral Counseling Center, Family Unit
    9/92 - 7/93    Clinician Intern
    Provided therapy for adults and children using the brief therapy model. Conducted intake interviews and assessed clients according to DSM-III-R criteria. Assisted with home based family therapy.

Salvation Army Clitheroe Center
    3/89 - 8/92    Counselor II/F.A.S. Specialist
    Developed and implemented the FAS program in the agency. Initiated contact with other agencies in order to provide FAS training to staff and clients. Conducted individual and group therapy in residential and outpatient settings with clients who are chemically dependent.

Volunteers of America, A.R.C.H.
    12/88 - 3/89    Counselor I
    Responsible for facility management during assigned shift. Supervised clients and provided crisis intervention services as needed. Data Coordinator for SODAA.

**EDUCATION:**
    currently enrolled - M.Div. in Native Ministries, Vancouver School of Theology
    M.S.  - Counseling Psychology, University of La Verne, 1993
    B.A.  - Human Resources Development, Alaska Pacific University, 1990
    A.A.S. - Human Services, w/ emphasis in Substance Abuse, University of Alaska, Anchorage, 1988

**ADDITIONAL REVEVANT EDUCATION:**
    Critical Incident Stress Management: Basic, Advanced, and Pastoral Crisis Intervention
    Moral Reconation Therapy (MRT) – certified facilitator
    Victim Impact/Balanced and Restorative Justice

**CERTIFICATION**
    Chemical Dependency Clinical Supervisor (CDCS)