

Cornell Companies, Inc.
**People Changing People**

February 14, 2007

Honorable John W. Sedwick
222 W. 7th Ave.
Anchorage, AK 99513

Dear Honorable Sedwick,

I am Donald Ferguson's Chemical Dependency counselor, and have been working with him in the Cornell Choices program since the end of November. To give you an idea of my background and qualifications, I have attached is a copy of my resume.

Mr. Ferguson has been an active participant, both in groups and individual sessions. I have seen him progress from a Precontemplative Stage of Change, to the Contemplative Stage if Change. Which means he started out having no intention of change his behavior in the future, and moving to being aware that a problem exists and seriously considering changing. Mr. Ferguson reports that he has found treatment helpful because it has helped him deal with everyday life, along with anger and resentments. He reports it has also given him hope.

Instead of incarceration in prison, I would like to see Mr. Ferguson continue in treatment in the Cornell Choices program. Mr. Ferguson has reported that anytime he has been in treatment, he has not used marijuana. He also indicated that he needs to find a balance between dealing with anxiety and stress, and life itself.

What would be different if Mr. Ferguson were to continue in the Cornell Choices program? Mr. Ferguson becomes stressed very easily, and copes with stress by using marijuana. When he is in treatment, he copes with the stress by talking with his counselor. Mr. Ferguson is interested in finding out if psychotropic medication would be helpful by lowering his anxiety level. In the past, he has not been interested in taking medication. He also believes that if he could kick cigarettes, he could kick marijuana.

I do not see where society's interests would be served by incarcerating Mr. Ferguson. He would be released without a job or housing, which would make it very tempting to reoffend. Mr. Ferguson has a strong work ethic. Other than his dirty UAs for marijuana, he has done well working, paying down his child support bill, paying his other financial obligations, and supporting his wife.

Cornell Companies, Inc. • *Cordova Center* • 130 Cordova Street • Anchorage, Alaska 99501
907-274-1022 • Fax 907-274-3508 • www.cornellcompanies.com

Exhibit B - Page 1 of 2



**Cornell Companies, Inc.**
**People Changing People**

If you wish to talk with me further about Mr. Ferguson, I can be reached in the afternoons at 274-1022 x78514.

Sincerely,

*Gayle*

Gayle Nauska  M.S., CDCS

Cornell Companies, Inc. • *Cordova Center* • 130 Cordova Street • Anchorage, Alaska 99501
907-274-1022 • Fax 907-274-3508 • www.cornellcompanies.com

Exhibit B - Page 2 of 2