Dear Judge Sedwick,

I need your help. I continue to have an addiction problem. I have tried repeatedly on my own to halt my drug use. However your honor despite my best efforts I have relapsed. I realize that the decision to use drugs is my own and therefore my responsibility. The difference now is that I want help to quit and quit for good. I know that if I continue on my present course I will never have the life I truly desire. Everytime I seem to be getting my life back together it all comes crashing down again due to my addictions.

I have a plan set-up here at the cordova center with my case manager and my drug counciler. I would like to let them help me help myself. This would utilize all the resources here at the center plus outside meetings. The team here seems to believe that I need a minimum of 6 months in the program here. I hope that you will read this and know that I am working at a great job, I'm living in a safe, structured environment with a real opportunity to get well and build a life for myself.

Exhibit C - Page 1 of 1