DEPARTMENT OF REVENUE
CHILD SUPPORT SERVICES DIVISION
MAILSTOP 01
550 W 7TH AVE, STE 310
ANCHORAGE, AK 99501-6699

(907) 269-6900      (800) 478-3300

```
                                        Case: 001024815
                                      Member: DONALD E FERGUSON
                                  OS Case-Id:
                                     OS Fips:

        DONALD E FERGUSON                    Statement Period
        4314 PENGUIN ST APT 3               12/01/06 to 12/31/06
        ANCHORAGE, AK 99503-6551

                                            Statement Date
                                              01/06/07
```

Balance:    2,660.41    Pre-Payment:      0.00

| Previous Balance | Charges | Adjustments | Payments | Balance Due |
|---|---|---|---|---|
| 2,979.86 | 50.00 | 0.00 | 369.45 | 2,660.41 |

Summary

| Date | Activity | Charges/ Adjustments | Payment/ Adjustments | Balance |
|---|---|---|---|---|
| 12/26/06 | Payment - IRS | | 253.96 | 2,660.41 |
| 12/08/06 | Payment - W/A | | 115.49 | 2,914.37 |
| 12/01/06 | Support Charge | 50.00 | | 3,029.86 |
| | Balance Due As Of  12/01/06 | | | 2,979.86 |

Effective April 1, 2003 CSED office hours will be 7:30 a.m. to 5:00 p.m. Monday thru Friday.
=================================================================================
        *** If you pay directly, please return this portion with your payment ***

```
    Remit to: Dept of Revenue                Member Id: 04050992
              Child Support Services Divsion  Member Name: DONALD E FERGUSON
              PO Box 102760
              Anchorage AK 99510-2760

      Current support Due:      50.00      Total Balance Due:    2,660.41
```

Amount Enclosed: _____                    Please note address change:

    Check Number: _____

                                            _____

                                            _____

Exhibit D - Page 1 of 1