```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

U.S.A. vs. DONALD EDWARD FERGUSON    CASE NO. 3:00-cr-00076-JWS
Defendant:  X Present  X On Bond

BEFORE THE HONORABLE:             JOHN W. SEDWICK

DEPUTY CLERK/RECORDER:            APRIL KARPER

UNITED STATES' ATTORNEY:          THOMAS BRADLEY

DEFENDANT'S ATTORNEY:             KEVIN MCCOY

U.S.P.O.:                         ERIC ODEGARD

PROCEEDINGS: DISPOSITION HEARING ON PETITION TO REVOKE SUPERVISED
             RELEASE HELD FEBRUARY 16, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:03 a.m. court convened.

 X FINAL DISPOSITION HEARING:

   X Supervised Release continued.

   X Defendant to continue term of supervised release under the
     usual terms and conditions and the following special
     conditions: Special conditions as stated in the original
     judgment dated 3/12/2001 and the following added
     conditions; The defendant shall reside for a period of 6
     months in a half way house and the defendant shall follow
     the treatment recommendations of the Cornell Choices
     Program and any treatment recommendations that are made by
     those who are consulted for treatment.

 X Defendant's conditions of release remain in effect until
   placement at a half way house is made pursuant to the courts
   judgment.

 X OTHER: Court and counsel heard re plaintiff's oral motion to
dismiss allegations 9 and 10 of the Petition to Revoke Supervised
Release; **GRANTED**.

At 9:19 a.m. court adjourned.

DATE:      February 16, 2007     DEPUTY CLERK'S INITIALS:    amk