## UNITED STATES DISTRICT COURT
## District of Alaska

| UNITED STATES OF AMERICA, | 2nd **AMENDED JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| vs. | (For Revocation of Probation or Supervised Release) For Offenses Committed On or After November 1, 1987 |
| DONALD EDWARD FERGUSON | (Original Judgment filed 3/12/2001) Case Number: 3:00-cr-00076-CR |
| | Kevin McCoy |
| | Defendant's Attorney |

Defendant's probation officer filed a petition on __01/10/2007__ accusing defendant of _9_ violations of the conditions of supervision provided in the original judgment. Defendant admitted allegations 1, 2, 3, 4, 6, 7, and 8 of the Petition to Revoke Supervised Release. All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Special | Failure to show for UA | 09/07/2006 | C |
| 2 | Special | Positive UA | 09/14/2006 | C |
| 3 | Special | Failure to submit a valid urine sample | 10/03/2006 | C |
| 4 | Special | Failure to submit a valid urine sample | 10/04/2006 | C |
| 6 | Special | Positive UA | 10/06/2006 | C |
| 7 | Special | Positive UA | 11/14/2006 | C |
| 8 | Special | Positive UA | 11/27/2006 | C |

The court finds that the following accusations are not proved: _____.
The court concludes that the conditions of supervision set forth in the court's original judgment are subject to [X] modification or [_] revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through _2_ of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

February 16, 2007
Date of Disposition Hearing

**REDACTED SIGNATURE**

JOHN W. SEDWICK, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

2-17-07
Date

.0245.REV

Defendant: DONALD EDWARD FERGUSON     2ND Amended Judgment--Page 2 of 2
Case No.:  3:00-cr-00076-JWS

## PROBATION/SUPERVISED RELEASE (MODIFIED)

Defendant's supervised release [X] probation[_] is modified as follows:

The defendant shall reside for a period of 6 months in a half way house.

The defendant shall follow the treatment recommendations of the Cornell Choices Program and any treatment recommendations that are made by those who are consulted for treatment.

The term of supervision is not [X] is[_] extended as follows:

Except as hereinabove provided, the standard conditions of supervision and any special conditions of supervision contained in the court's original judgment shall remain in effect.

AO245.REV