

# United States Department of Justice
## United States Marshals Service
### District of Alaska

Federal Building and US Courthouse
222 W. Seventh Avenue #28, Room 170
Anchorage, Alaska 99513

To: US District Court
US Attorney
US Probation
US FPD

From: Randy M. Johnson
United States Marshal
District of Alaska

INRE:

## PRISONER IN FEDERAL CUSTODY

| | |
|---|---|
| NAME: | FERGUSON, Donald E. |
| DATE OF BIRTH: | 11/27/1970 |
| CHARGE: | Supervised Rel Viol. |
| CASE NUMBER: | 3:00-cr-0076-JWS |
| PLACE HELD: | ACC-E |
| DATE OF ARREST: | 05/21/2007 |
| TIME OF ARREST: | |
| PLACE ARRESTED: | Cordova Center, Anchorage |
| ARRESTED BY: | USMS |

REMARKS:

BOOKED IN ENGLISH:     YES __X__     NO_____

LANGUAGE: _____

IF YOU HAVE QUESTIONS IN REGARDS TO THIS ARREST, PLEASE CONTACT DUSM John Olson or SDUSM Dave Long at (907) 271-5154. THANK YOU.