RECEIVED
MAY 2 2 2007

# United States District Court
### for the
## DISTRICT OF ALASKA
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) ) ) vs. ) ) ) Donald Ferguson ) | Case Number: A00-0076 CR (JWS) **WARRANT FOR ARREST** |

TO: The United States Marshal
    and any Authorized United States Officer

   YOU ARE HEREBY COMMANDED to arrest Donald Ferguson and bring him forthwith to the nearest Magistrate Judge to answer a supervised release violation petition charging him with four violations of his term of supervised release.

**REDACTED SIGNATURE**

John W. Sedwick
Chief U.S. District Court Judge

May 18, 2007
Date

| RETURN OF SERVICE |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at: CORDOVA CENTER, ANCHORAGE |||
| Date Received: 5/21/07  Date of Arrest: 5/21/07 | Name and title of arresting officer: AFTF KEVIN GUIN | Signature of arresting officer: R. Sy____ For |