Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD EDWARD FERGUSON,<br><br>Defendant. | NO. 3:00-cr-00076-JWS<br><br>**CONSENT TO PROCEEDINGS BEFORE MAGISTRATE JUDGE, NOTICE OF UNAVAILABILITY, AND NOTICE OF INTENT TO ADMIT** |

Donald Ferguson consents to an evidentiary hearing in this matter before the Magistrate Judge.  At the evidentiary hearing, Mr. Ferguson intends to admit the allegations contained in petition to revoke supervised release.  (*See* Docket No. 84)  He asks that the admission hearing be scheduled for on or after June 5, 2007, as his counsel will be out of district from May 29, 2007 through June 1, 2007.

DATED at Anchorage, Alaska this 24th day of May 2007.

Respectfully submitted,

/s/Kevin F. McCoy
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:          907-646-3400
Fax:             907-646-3480
E-Mail:          kevin_mccoy@fd.org

Certification:
I certify that on May 24, 2007,
a copy of the *Consent to Proceedings*
*Before Magistrate Judge, Notice of*
*Unavailability, and Notice of Intent*
*to Admit* was served electronically on:

Bryan Schroder
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Kevin F. McCoy