MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs     DONALD FERGUSON          CASE NO. 3:00-CR-00076-JWS
Defendant: X Present    X In Custody

BEFORE THE HONORABLE         JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:       SUZANNETTE LUCERO

UNITED STATES ATTORNEY:      BRYAN SCHRODER

DEFENDANT'S ATTORNEY:        KEVIN MCCOY - APPOINTED

U.S.P.O.:                    MARY FRANCES BARNES

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE (DKT 83) HELD 5/22/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:39 p.m. court convened.

 X Copy of Petition to Revoke Supervised Release (Dkt 83) given
    to defendant: read.

 X Defendant sworn.

 X Defendant advised of general rights.

 X Defendant stated true name:   DONALD FERGUSON     Age:

 X Financial Affidavit **FILED**; Federal Public Defender accepted
    appointment; FPD notified.

 X Defendant **DENIED** allegations 1-4 of the Petition to Revoke
    Supervised Release (Dkt 83).

 X Consent to be filed within  3  days or matter shall be trans-
    ferred to U.S. District Judge.

 X Defendant detained; Order of Detention Pending Hearing **FILED**.

 X OTHER:   Court and counsel heard re defense counsel's oral
    motion to release defendant with conditions; **DENIED**.

At 3:47 p.m. court adjourned.


DATE:    May 22, 2007       DEPUTY CLERK'S INITIALS:      SCL