```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

U.S.A. vs.  __DONALD FERGUSON__   CASE NO. __3:00-CR-00076-JWS__
Defendant: _X_ Present   _X_ In Custody

BEFORE THE HONORABLE:            JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:           CAROLINE EDMISTON

UNITED STATES' ATTORNEY:         RETTA-RAE RANDALL

DEFENDANT'S ATTORNEY:            KEVIN MCCOY

U.S.P.O.:                        ERIC ODEGARD

PROCEEDINGS: EVIDENTIARY HEARING ON PETITION TO REVOKE SUPERVISED
             RELEASE (DKT 83)/ENTRY OF PLEA HEARING ON PETITION
             TO REVOKE SUPERVISED RELEASE Held 06/15/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:34 p.m. court convened.

_X_ Defendant sworn.

_X_ Defendant advised of general rights, charges and penalties.

_X_ Defendant states true name: Same as above.

_X_ Defendant **ADMITTED** allegations 1 and 2 of the Petition to Revoke Supervised Release; Allegations 3 and 4 of the Petition to Revoke Supervised Release to be Dismissed at Final Disposition Hearing.

_X_ Matter to be referred to U.S. District Judge for Final Disposition Hearing. Parties requested hearing to be set as soon as possible.

_X_ Defendant's detention continued pending Final Disposition Hearing.

At 1:50 p.m. court adjourned.

DATE:      June 15, 2007         DEPUTY CLERK'S INITIALS:  CME/SAL