Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DONALD EDWARD FERGUSON,<br><br>    Defendant. | NO. 3:00-cr-00076-JWS<br><br>**DONALD FERGUSON'S<br>DISPOSITION MEMORANDUM** |

**I.    Introduction.**

Donald Ferguson submits this memorandum to assist the court at the July 27, 2007, disposition hearing.  At disposition, Mr. Ferguson will be asking the court for a time-served sentence with no supervision to follow.

**II.    The Advisory Revocation Guideline Computation Is Correct.**

Mr. Ferguson has admitted two grade C violations.  Although revocation is not mandatory, the advisory guideline range of seven to thirteen months set forth in the disposition report

is correct. The advisory revocation guideline in this instance is driven by the Category V criminal history Mr. Ferguson had at his original sentencing.

**III.  Mr. Ferguson Asks For A Time-Served Sentence With No Supervision To Follow.**

Mr. Ferguson began his term of supervised release on November 4, 2004, after serving 1,493 day jail sentence for manufacturing marijuana. Mr. Ferguson's primary difficulty during his period of supervision has been marijuana use. Regardless, it is noteworthy that he has maintained fairly steady employment throughout his term of supervised release and had made steady progress towards reducing his outstanding child support obligation.

Mr. Ferguson remains in a committed relationship with Ms. Donnie Huntley. She says this about their relationship:

> I would like you to understand why I am writing to you. . . [.] Mr. Ferguson and I have been together for almost 4 years now. And to be perfectly honest, he has been my life ever since we first met. He has always been there for myself and my son, emotionally and financially. And in every way possible, always putting others in need before his own wants and needs for himself.
>
> \* \* \* \* \*
>
> I can only hope and pray that you can reconsider (sic) the good qualities he processes (sic) and not just his faults.

*See* Exhibit A (Letter from Donnie Huntley).

Mr. Ferguson has exhausted the rehabilitative services available through the U.S. Probation Service. Undoubtedly, he will continue struggling with substance abuse. That said, it is clear that extended incarceration is of no meaningful benefit to Mr. Ferguson or to the community. For that reason, he asks the court for a time-served sentence with no supervision to follow.

DATED at Anchorage, Alaska this 23rd day of July 2007.

Respectfully submitted,

/s/Kevin F. McCoy
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:         907-646-3480
E-Mail:     kevin_mccoy@fd.org

Certification:
I certify that on July 23, 2007,
a copy of *Donald Ferguson's
Disposition Memorandum* was
served electronically on:

Bryan Schroder
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK 99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Kevin F. McCoy