Dear Mr. Judge Sedwick,

Hello, my name is Donnie P. Huntley, and I'am writting you on behalf of my fiance, Donald Edward Ferguson. I would like you to understand why I'am writting you today sir, Mr. Ferguson and I have been together for almost 4 yrs. now. And to be perfectly honest, he has been my life ever since we first meet. He has always been there for myself and my son, emotionally and financially, And in every way possible, always putting others in need before his own wants or needs for himself.

Mr. Ferguson is a genuine very wonderful giving loving person. And yes sir, I'am very aware that he has some personal problems that he needs to address properly and respectfully, and he needs to take charge of his obligations.

I know he has tired many times to be successful and sincere, But seems to have made some mistakes along his way to recovery. Sir, I can only hope and pray that you can reconsider the good qualities he processes and not just his faults.

Thank-you for your time & patience

*Donnie P. Huntley*