```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

U.S.A. vs. __DONALD EDWARD FERGUSON__ CASE NO. __3:00-CR-00076-JWS__
Defendant: __X__ Present __X__ In Custody

BEFORE THE HONORABLE: __JOHN W. SEDWICK__

DEPUTY CLERK/RECORDER: __SAMANTHA LARK/CAROLINE EDMISTON__

UNITED STATES' ATTORNEY: __STEPHAN COLLINS__

DEFENDANT'S ATTORNEY: __KEVIN MCCOY__

U.S.P.O.: __ERIC ODEGARD__

PROCEEDINGS: DISPOSITION HEARING ON THE PETITION TO REVOKE
             SUPERVISED RELEASE HELD 07/27/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:20 a.m. court convened.

__X__ Defendant advised of general rights, charges and penalties.

__X__ Defendant previously **ADMITTED** allegations __1 & 2 of the Petition to Revoke Supervised Release.__

__X__ Supervised Release revoked.

__X__ Defendant imprisoned for a period of __8 months. NO TERM OF SUPERVISION TO FOLLOW.__

__X__ Defendant remanded to the custody of the U.S. Marshal.

__X__ Government's oral motion to DISMISS __Allegations 3 & 4 of the Petition to Revoke Supervised Release__ **GRANTED.**

__X__ OTHER: __Court and counsel heard re sentencing recommendations and sentencing comments. Appeal rights given to defendant.__

At 9:41 a.m. court adjourned.


DATE: __July 30, 2007__   DEPUTY CLERK'S INITIALS: __SAL/CME__


Revised 6-18-07