UNITED STATES DISTRICT COURT
District of Alaska

**RECEIVED**
AUG 1 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

UNITED STATES OF AMERICA,

vs.

DONALD EDWARD FERGUSON

3RD **AMENDED JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)
For Offenses Committed On or After November 1, 1987
(Original Judgment filed 03/12/01 )
Case Number: 3:00-CR-00076-JWS
Kevin McCoy
Defendant's Attorney

Defendant's probation officer filed a petition on 02/13/2006 accusing defendant of  4  violations of the conditions of supervision provided in the original judgment. Defendant ADMITTED Allegations 1 & 2 of the Petition to Revoke Supervised Release. All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Mandatory | Charge of DUI | 05/06/2005 | C |
| 2 | Standard | Consumed Alcohol | 03/15/2005 | C |

The court concludes that the conditions of supervision set forth in the court's original judgment are subject to revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through  2  of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

JULY 30, 2007
Date of Disposition Hearing

**REDACTED SIGNATURE**
Signature of Judicial Officer
JOHN W. SEDWICK, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

7-31-07
Date

AO245.REV

Defendant: DONALD EDWARD FERGUSON          3rdAmended Judgment--Page _2_ of _2_
Case No.:  3:00-CR-00076-JWS

## IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE

Defendant's supervised release having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of  8 Months.  **NO TERM OF SUPERVISION TO FOLLOW.**

[_]  The court makes the following recommendations to the Bureau of Prisons:

[X]  The defendant is remanded to the custody of the United States Marshal.

[_]  The defendant shall surrender to the United States Marshal for this district,
            [_] at _____ a.m./p.m. on _____.
[_]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
            [_] before 2 p.m. on _____.
            [_] as notified by the United States Marshal.
            [_] as notified by the probation office.

### RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

                                          _____
                                          United States Marshal

                                          By _____
                                             Deputy Marshal

AO245.REV